RECEIVED IN ALEXANDRIA, LA.
SEP 17 2010
TONY R. MOORE, CLERK
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEMETRIK BOSTON #435902 | DOCKET NO. 10-CV-631; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| CCA OF TENNESSEE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b) against the following defendants only:

**Warden Tim Wilkinson, Winn Correctional Center, Mr. Rauls, Officer Foster, Officer Polk, Officer Smith, Officer Harris, and Officer Cooper.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 17 day of September, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE